STATE EX REL. HENNESSY ET AL., RELATORS, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT, RESPONDENT.

(No. 1,778.)

(Submitted February 11, 1902.   Decided February 11, 1902.)

*Writ of Supervisory Control—Remedy by Appeal—Question of Title.*

On a denial of an order permitting a survey and inspection of a mining claim, the supreme court will not grant a writ of supervisory control, there being a remedy by appeal from the judgment finally rendered in the cause, and a question of title involved in the cause being one for the district court in the first instance.

PETITION by the state, on the relation of Patrick J. Hennessy and another, for a writ of supervisory control to the Second judicial district court of the state of Montana for Silver Bow county.   Writ denied.

*Mr. T. Bailey Lee,* for Relators.

MR. CHIEF JUSTICE BRANTLY delivered the opinion of the court.

Application for a writ of supervisory control.   Petition was filed in the district court of Silver Bow county by plaintiff in a suit therein pending for an order permitting a survey and inspection of a mining claim.   The order was denied for the reason that, in the opinion of the district court, the plaintiff failed to show any interest in himself in the property in controversy.

The writ is denied, for the reason that the question involved, if properly reserved, may be reviewed on appeal from the judgment finally rendered in the cause, and no exigency is shown requiring immediate interference by this court; and also be-

cause to grant it would require this court prematurely to pass upon the question of title, and thus adjudicate the ultimate rights of the parties, which must be done by the district court in the first instance.

*Writ denied.*

MR. JUSTICE PIGOTT:   I concur.

MR. JUSTICE MILBURN:   I concur in the result.